IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| E.D.R., | : |
| Petitioner, | : |
| v. | : Case No. 4:25-cv-288-CDL-AGH |
| | : 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : |
| Respondents. | : |

**ORDER**

The Court will hold a hearing in this case at 2:00 p.m. on Tuesday, October 28, 2025, in the Columbus Division of the Middle District of Georgia.  Respondents are **ORDERED** to produce Petitioner to the Court not later than 1:00 p.m. on October 28, 2025, and return Petitioner to the custody from whence she came when her presence in the above-stated case is no longer required.

**SO ORDERED**, this 26th day of September, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE